# UNITED STATES DISTRICT COURT FOR THE
## WESTERN DISTRICT OF MISSOURI
## WESTERN DIVISION

| | | |
|---|---|---|
| VAZQUEZ COMMERCIAL CONTRACTING, LLC, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | No. 4:20-cv-00486-DGK |
| ZIESON CONSTRUCTION COMPANY, LLC et al. | ) ) ) ) | |
| Defendants. | ) | |

## PLAINTIFF'S MOTION TO REMAND

COMES NOW, Plaintiff, by and through counsel, and respectfully requests this Court to enter an order remanding this case to the Circuit Court of Jackson County, Missouri for the following reasons:

Under 28 U.S.C. § 1446(b), all defendants must consent to removal. At least two Defendants in this action do not consent to removal. Accordingly, removal of this action by Defendant Zurich American Insurance Company was defective.

The Plaintiff incorporates by reference as if fully set forth herein the Plaintiff's Suggestions in Support of Its Motion to Remand.

WHEREFORE, the Plaintiff respectfully requests this Court to enter an order remanding this case to the Circuit Court of Jackson County, Missouri.

Respectfully submitted,

BOYD KENTER THOMAS & PARRISH, LLC

_____

Mark E. Parrish      MO. Bar No 40571
Joshua A. Sanders    MO. Bar No. 64305
Erica Fumagalli      MO. Bar No. 70069
P.O. Box 1099
221 West Lexington Avenue, Suite 200
Independence, MO. 64051
Telephone: (816) 471-4511
Facsimile: (816) 471-8450
E-mail: mparrish@bktplaw.com
E-mail: jsanders@bktplaw.com
E-mail: efumagalli@bktplaw.com

ATTORNEYS FOR PLAINTIFF

## CERTIFICATE OF SERVICE

I certify that on the 30th day of June 2020, I filed a copy of the foregoing on the court's

ECF system with service to be accomplished electronically on all counsel of record.

Philip V. Sumner
FOLAND, WICKENS, ROPER,
HOFER & CRAWFORD, P.C.
1200 Main Street, 22nd Floor
Kansas City, Missouri 64105
psumner@fwpclaw.com
ATTORNEYS FOR DEFENDANTS
JACOB BAUCOM AND ONSITE
CONSTRUCTION GROUP, LLS

Matthew W. Brockman
HARTZOG CONGER CASON
201 Robert S. Kerr Ave., Suite 1600
Oklahoma City, OK 73102
mbrockman@hartzoglaw.com
ATTORNEYS FOR DEFENDANTS
JACOB BAUCOM AND ONSITE
CONSTRUCTION GROUP, LLS

Thomas M. Bradshaw
VAN OSDOL, P.C.
1000 Walnut St., Suite 1500
Kansas City, MO 64106
tbradshaw@vanosdolkc.com

Melanie Morgan
MORGAN PILATE, LLC
926 Cherry Street
Kansas City, MO 64106
mmorgan@morganpilate.com
ATTORNEY FOR DEFENDANT
MICHAEL PATRICK DINGLE

Jennifer Hannah
Jean Paul Bradshaw II
Taryn A. Nash
LATHROP GPM LLP
2345 Grand Blvd., Ste. 2200
Kansas City, MO 64108
jennifer.hannah@lathropgpm.com
jeanpaul.bradshaw@lathropgpm.com
taryn.nash@lathropgpm.com
ATTORNEYS FOR DEFENDANT
TORGESON ELECTRIC COMPANY

Carol Z. Smith
Matthew W. Geary
DYSART TAYLOR COTTER
  McMONIGLE & MONTEMORE, P.C.
4420 Madison Avenue, Suite 200
Kansas City, MO 64111
csmith@dysarttaylor.com
mgeary@dysarttaylor.com
ATTORNEYS FOR ZURICH AMERICAN
INSURANCE COMPANY

Debra Bogo-Ernst
Samantha C. Booth
MAYER BROWN
71 S. Wacker Drive
Chicago, IL 60606
dernst@mayerbrown.com
sbooth@mayerbrown.com
ATTORNEYS FOR ZURICH AMERICAN
INSURANCE COMPANY

Jamie H. Steiner
HUSCH BLACKWELL LLP
1801 Wewatta St., Suite 1000
Denver, CO 80202
jamie.steiner@huschblackwell.com
ATTORNEYS FOR DEFENDANT
RUSTIN SIMON

Philip C. Graham
Mary Anne Mellow
SANDBERG PHOENIX & von GONTARD P.C.
600 Washington Avenue, 15th Floor
St. Louis, MO 63101-1313
pgraham@sandbergphoenix.com
mmellow@sandbergphoenix.com

Katrina L. Smeltzer
SANDBERG PHOENIX & von GONTARD P.C.
4600 Madison Avenue, Suite 1000
Kansas City, MO 64112
ksmeltzer@sandbergphoenix.com
ATTORNEYS FOR DEFENDANT
CHPB SUB 1, LLC f/k/a TRUSS, LLC

ATTORNEY FOR PLAINTIFF