**IN THE UNITED STATES DISTRIT COURT FOR THE**
**WESTERN DISTRICT OF MISSOURI**
**WESTERN DIVISION**

VAZQUEZ COMMERCIAL CONTRACTING, LLC )
                                                  )

                    Plaintiff,             )

                                                    )

vs.                                           )      No. 4:20-cv-00486-DGK

                                                    )

ZIESON CONSTRUCTION COMPANY, LLC, et al.,)

                                                    )

                  Defendants.       )

## DEFENDANT PATICK MICHAEL DINGLE'S MOTION TO REMAIND

Defendant, Patrick Michael Dingle, by counsel, respectfully requests this Court to enter an

Order remanding this case to the Circuit Court of Jackson County, Missouri for the reason that he

does not consent to this case being removed to federal court.  Pursuant to 28 U.S.C. § 1446(b) the

instant case cannot be removed to federal court unless all Defendants consent thereto.

Defendant Dingle incorporates by reference as if fully set forth herein his Suggestions in

Support of Motion to Remand.

WHEREFORE, Defendant, Patrick Michael Dingle, respectfully requests this Court to

enter its Order remanding this case to the Circuit Court of Jackson County, Missouri.

                                  Respectfully submitted,

                                  VAN OSDOL, P.C.

                                  By: */s/Thomas M. Bradshaw*
                                  Thomas M. Bradshaw, MO #20411
                                  LEAD COUNSEL
                                  1000 Walnut Street, Suite 1500
                                  Kansas City, Missouri  64106
                                  Phone:  (816) 421-0644
                                  Fax:     (816) 421-0758
                                  TBradshaw@VanOsdolKC.com

MORGAN PILATE LLC

By: */s/Melanie S. Morgan*
Melanie Morgan, MO #58084
926 Cherry Street
Kansas City, Missouri  64106
Phone:  (816) 471-6694
Fax:     (816) 472-3516
mmorgan@morganpilate.com
**ATTORNEYS FOR DEFENDANT**
**MICHAEL PATRICK DINGLE**

## CERTIFICATE OF SERVICE

On this 6th day of June, 2020, I hereby certify that I served a true and correct copy of the above and foregoing upon counsel of record filing the same electronically with the Court's Electronic Case Management System, which effects service via email upon parties of record.

 /s/ *Thomas M. Bradshaw*
Attorney for Defendant Michael Patrick Dingle