UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| VAZQUEZ COMMERCIAL CONTRACTING, LLC, | ) ) ) |
| Plaintiff, | ) ) ) |
| v. | ) No. 4:20-cv-00486-DGK ) |
| ZIESON CONSTRUCTION COMPANY, LLC et al. | ) ) ) ) |
| Defendants. | ) |

### NOTICE OF DISMISSAL WITHOUT PREJUDICE

Plaintiff, Vasquez Commercial Contracting, LLC ("Vazquez"), pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), hereby dismisses, without prejudice to re-filing, all claims against Defendants Onsite Construction Group, LLC, and Jacob Baucom.

Respectfully submitted,

BOYD KENTER THOMAS & PARRISH, LLC

Mark E. Parrish       MO. Bar No 40571
Joshua A. Sanders    MO. Bar No. 64305
Erica Fumagalli       MO. Bar No. 70069
P.O. Box 1099
221 West Lexington Avenue, Suite 200
Independence, MO. 64051
Telephone: (816) 471-4511
Facsimile: (816) 471-8450
E-mail: mparrish@bktplaw.com
E-mail: jsanders@bktplaw.com
E-mail: efumagalli@bktplaw.com

ATTORNEYS FOR PLAINTIFF

## CERTIFICATE OF SERVICE

I certify that on the 4th day of August 2020, I filed a copy of the foregoing on the court's ECF system with service to be accomplished electronically on all counsel of record.

Philip V. Sumner
FOLAND, WICKENS, ROPER,
HOFER & CRAWFORD, P.C.
1200 Main Street, 22nd Floor
Kansas City, Missouri 64105
psumner@fwpclaw.com
ATTORNEYS FOR DEFENDANTS
JACOB BAUCOM AND ONSITE
CONSTRUCTION GROUP, LLC

Matthew W. Brockman
HARTZOG CONGER CASON
201 Robert S. Kerr Ave., Suite 1600
Oklahoma City, OK 73102
mbrockman@hartzoglaw.com
ATTORNEYS FOR DEFENDANTS
JACOB BAUCOM AND ONSITE
CONSTRUCTION GROUP, LLC

Thomas M. Bradshaw
VAN OSDOL, P.C.
1000 Walnut St., Suite 1500
Kansas City, MO 64106
tbradshaw@vanosdolkc.com

and

Melanie Morgan
MORGAN PILATE, LLC
926 Cherry Street
Kansas City, MO 64106
mmorgan@morganpilate.com
ATTORNEY FOR DEFENDANT
MICHAEL PATRICK DINGLE

Jennifer Hannah
Jean Paul Bradshaw II
Taryn A. Nash
LATHROP GPM LLP
2345 Grand Blvd., Ste. 2200
Kansas City, MO 64108
jennifer.hannah@lathropgpm.com
jeanpaul.bradshaw@lathropgpm.com
taryn.nash@lathropgpm.com
ATTORNEYS FOR DEFENDANT
TORGESON ELECTRIC COMPANY

Carol Z. Smith
Matthew W. Geary
DYSART TAYLOR COTTER
  McMONIGLE & MONTEMORE, P.C.
4420 Madison Avenue, Suite 200
Kansas City, MO 64111
csmith@dysarttaylor.com
mgeary@dysarttaylor.com
ATTORNEYS FOR ZURICH AMERICAN
INSURANCE COMPANY

Debra Bogo-Ernst
Samantha C. Booth
MAYER BROWN
71 S. Wacker Drive
Chicago, IL 60606
dernst@mayerbrown.com
sbooth@mayerbrown.com
ATTORNEYS FOR ZURICH AMERICAN
INSURANCE COMPANY

Jamie H. Steiner
HUSCH BLACKWELL LLP
1801 Wewatta St., Suite 1000
Denver, CO 80202
jamie.steiner@huschblackwell.com
ATTORNEYS FOR DEFENDANT
RUSTIN SIMON

Philip C. Graham
Mary Anne Mellow
SANDBERG PHOENIX & von GONTARD P.C.
600 Washington Avenue, 15th Floor
St. Louis, MO 63101-1313
pgraham@sandbergphoenix.com
mmellow@sandbergphoenix.com

Katrina L. Smeltzer
SANDBERG PHOENIX & von GONTARD P.C.
4600 Madison Avenue, Suite 1000
Kansas City, MO 64112
ksmeltzer@sandbergphoenix.com
ATTORNEYS FOR DEFENDANT
CHPB SUB 1, LLC f/k/a TRUSS, LLC

_____
ATTORNEY FOR PLAINTIFF