IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| VAZQUEZ COMMERCIAL CONTRACTING, LLC, | ) |
| Plaintiff, | ) ) ) |
| v. | ) No. 4:20-cv-00486-DGK ) |
| ZIESON CONSTRUCTION COMPANY, LLC, *et al.*, | ) ) |
| Defendants. | ) |

## MOTION TO DISMISS UNDER FED. R. CIV. P. 12(B)(6) BY MATTHEW MCPHERSON

Defendant Matthew McPherson moves to dismiss the petition under Fed. R. Civ. P. 12(b)(6) for the reason that the petition fails to state a claim upon which relief can be granted. In general, Plaintiff seeks damages for something to which it was never entitled, for damages in an amount never allowed, under a standard lower than anything expected, and with a policy rationale that would undermine the administrative review system. In support, Mr. McPherson has filed Suggestions in Support (Doc. 72), and requests that the petition be dismissed.

WHEREFORE, defendant Matthew McPherson requests dismissal under Fed. R. Civ. P. 12(b)(6).

Respectfully submitted,

By: */s/ Christopher F. Burger*
Christopher F. Burger, #45179
Bradley R. Finkeldei, KS(Fed)#19470
**STEVENS & BRAND, L.L.P.**
P. O. Box 189
Lawrence, KS 66044
(785) 843-0811 - Phone
(785) 843-0341 – Fax
CBurger@StevensBrand.com
BradFink@StevensBrand.com

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was served upon all counsel of record this 11th day of September, 2020, by e-filing it into the CM/ECF system, which will automatically deliver a copy to all counsel of record.

                               */s/ Christopher F. Burger*
                               Christopher F. Burger, #45179