# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF MISSOURI

| | | |
|---|---|---|
| VAZQUEZ COMMERCIAL CONTRACTING, LLC | ) ) ) | |
| Plaintiff | ) ) | |
| vs. | ) ) | Case No. 20-cv-0486-DGK |
| ZIESON CONSTRUCTION COMPANY, LLC; SIMCON CORP MONIA HAAVIG, TORGENSON ELECTRIC COMPANY, INC.; MCPHERSON CONTRACTORS, LLC; MLT INVESTMENTS, LLC; METS, LLC; HAAVIG & ASSOCIATES, L.L.C.; ZURICH AMERICAN INSURANCE COMPANY; CHPB Sub 1, LLC F/K/A TRUSS, LLC; MICHAEL PATRICK DINGLE; MATTHEW MCPHERSON; STEPHON ZIEGLER; RUSTIN SIMON. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | |
| Defendants, | | |

## DEFANDENT MICHAEL PATRICK DINGLE'S MOTION
## TO DISMISS PETITION FOR DAMAGES

Pursuant to Federal Rules of civil procedure 8(a), 9(b), and 12(b)(6), defendant Michael Patrick Dingle hereby moves to dismiss all claims against Mr. Dingle, with prejudice. Plaintiff's Petition for Damages alleges eight claims against Mr. Dingle: (1) Violation of the Federal Racketeer Influenced and Corrupt Organizations Act ("RICO") § 1962(c)(Count I), (2) Violation of RICO § 1962(a)(Count II), (3) Violation of RICO § 1962(d)(Count III), (4) Negligence (Count V), (5) Negligent Misrepresentation (Count VI), (6) Unjust enrichment (Count VII), (7) Tortious Interference (Count VIII), (8) Civil Conspiracy (Count IX). Each of these claims fails as a matter

of law to state any plausible claim for relief against Mr. Dingle, as further explained in Dingle's Suggestions in Support of this Motion to Dismiss.

Dated: November 18, 2020   Respectfully submitted,

        VAN OSDOL, P.C.

By: */s/Thomas M. Bradshaw*
Thomas M. Bradshaw, MO #20411
1000 Walnut Street, Suite 1500
Kansas City, Missouri  64106
Phone:  (816) 421-0644
Fax:     (816) 421-0758
TBradshaw@VanOsdolKC.com

MORGAN PILATE LLC

By: */s/Melanie S. Morgan*
Melanie Morgan, MO #58084
926 Cherry Street
Kansas City, Missouri  64106
Phone:  (816) 471-6694
Fax:     (816) 472-3516
mmorgan@morganpilate.com

*Attorneys for Defendant Michael Patrick Dingle*

# CERTIFICATE OF SERVICE

On this 18th day of November, 2020, I hereby certify that I served a true and correct copy of the above and foregoing upon counsel of record filing the same electronically with the Court's Electronic Case Management System, which effects service via email upon parties of record.

/s/ *Thomas M. Bradshaw*

Attorney for Defendant Michael Patrick Dingle


Debra Bogo-Ernst
Mayer Brown, LLP – Chicago
71 South Wacker Drive
Chicago, IL 60606-4637
312-701-7403
Email: dernst@mayerbrown.com
*Attorney for Zurich American Insurance Company*


Carol Z. Smith
Dysart, Taylor, Cotter, McMonigle & Montemore, P.C.
4420 Madison Avenue
Suite 200
Kansas City, MO 64111
816-931-2700
Fax:816-931-7377
Email: csmith@dysarttaylor.com
*Attorney for Zurich American Insurance Company*

Katrina L. Smeltzer
Sandberg Phoenix & von Gontard P.C.
4600 Madison Avenue Suite 1000
Kansas City, MO 64112
ksmeltzer@sandbergphoenix.com
*Attorneys for Defendant CHPB Sub 1, LLC, f/k/a Truss, LLC*

Mary Anne Mellow
Philip C. Graham
Sandberg Phoenix & von Gontard P.C.
600 Washington Ave. 15th Floor
St. Louis, MO 63101-1313
mmellow@sandbergphoenix.com
pgraham@sandbergphoenix.com
*Attorneys for Defendant CHPB Sub 1, LLC, f/k/a Truss, LLC*

Jean Paul Bradshaw II
Jennifer Hannah
Taryn A. Nash
Lathrop GPM LLP
2345 Grand Boulevard Suite 2200
Kansas City, MO 64108-2618
816-292-2000
jennifer.hannah@lathropgpm.com
jeanpaul.bradshaw@lathropgpm.com
taryn.nash@lathropgpm.com
*Attorneys for Defendant Torgeson Electric Company*

Mark E. Parrish
Joshua A. Sanders
Erica Fumagalli
Boyd Kenter Thomas & Parrish, LLC
P O Box 1099
221 West Lexington Ave. Suite 200
Independence, MO 64051
(816) 471-4511
mparrish@bktplaw.com
jsanders@bktplaw.com
efumagalli@bktplaw.com
*Attorneys for Plaintiff Vazquez Commercial Contracting, LLC*

Courtney Steelman
Husch Blackwell LLP
4801 Main Street Suite 1000
Kansas City, MO 64112-2551
Courtney.steelman@huschblackwell.com
*Attorneys for Simcon Corp. and Rustin Simon*